PROB 12A
(10/24)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

**Name of Individual Under Supervision:** Don Dahveed Johnson          **Cr.:** 25-00153-001
                                                                        **PACTS #:** 53078

**Name of Judicial Officer:**    THE HONORABLE ALLYNE R. ROSS
                                 SENIOR UNITED STATES DISTRICT JUDGE, EDNY
                                 (Transferred to the Hon. Karen M. Williams on March 5, 2026)

**Original Offense:**    Count One: Racketeering; 18 U.S.C. §§ 1962(c) and 1963(a), a Class A felony
                         Count Two: Racketeering Conspiracy; 18 U.S.C. §§ 1962(d) and 1963(a), a Class A
                         felony
                         Count Three: Cocaine Base and Cocaine Distribution Conspiracy; 21 U.S.C. §§ 846,
                         841(b)(l)(A)(ii)(II) and 841(b)(l)(A)(iii), a Class A felony
                         Count Four: Unlawful Use, Brandishing and Discharge of a Firearm; 18 U.S.C. §§
                         924 (c)(l)(A)(i), 924(c)(l)(A)(ii) and 924(c)(l)(A)(iii), a Class A felony
                         Count Five: Murder; 21 U.S.C. § 848(e)(1)(A), a Class A felony
                         Count Six: Attempted Murder in Aid of Racketeering; 18 U.S.C. § 1959(a)(5), a
                         Class C felony

**Original Sentence:** Imposed on 07/21/2016; 168 months imprisonment on counts one, two, three and five, 120 months imprisonment on count four, 60 months imprisonment on count six (all counts to run concurrently), 60 months supervised release (on each count, concurrent)

**Special Conditions:** Location Monitoring Program, Search/Seizure, Vocational Services, Special Assessment, Gang Associate/Member, Place Restriction Area, Financial Disclosure, Employment Requirements/Restrictions

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 01/30/2025

**Name of Individual Under Supervision:** Don Johnson          **Docket Number:** 25-00126-001
**Reg. Number:** 76837-053                                      **PACTS Number:** 53078

**Name of Judicial Officer:**    THE HONORABLE TERRANCE W. BOYLE
                                 UNITED STATES DISTRICT JUDGE, EDNC
                                 (Transferred to the Hon. Karen M. Williams on February 28, 2025)

**Original Offense:**    Count One: Possession of a Firearm by a Convicted Felon; 18 U.S.C. §§922(g)(1)
                         and 924, a Class C felony

**Original Sentence:** Imposed on 03/17/2009; 57 months imprisonment, 3 years supervised release

**Special Conditions:** No New Debt, Financial Disclosure, Drug/Alcohol Treatment and Testing, Vocational Training

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 01/30/2025

Prob 12A – page 2
Don Dahveed Johnson

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    Mr. Johnson violated the mandatory condition of supervised release which states **'The defendant shall refrain from any unlawful use of a controlled substance.'**

On June 2, 2026, Mr. Johnson submitted a urinalysis at the Probation Office. The urinalysis resulted presumptive positive for marijuana. After the results were returned, Mr. Johnson admitted to using marijuana on June 1, 2026, and signed an *Admission of Use* form.

U.S. Probation Officer Action:
Mr. Johnson reported to the Probation Office on June 2, 2026, for an office meeting and a urinalysis. After submitting the positive sample, Mr. Johnson admitted to using marijuana to self-medicate his ongoing mental health symptoms. He also stated that he had run out of his prescribed mental health medication. Mr. Johnson confirmed that since his last use of marijuana, he has refilled his prescription. The undersigned reinforced Mr. Johnson's condition from the Court that he cannot use any illicit or unprescribed substances and directed him to cease all use of marijuana.

The undersigned has submitted a referral for a mental health assessment and report with Legacy Treatment Services. Mr. Johnson's assessment and treatment recommendations from Legacy Treatment Services will be monitored and enforced by the Probation Office. He will also be regularly screened for illicit substance use.

The Probation Office respectfully recommends that there is no formal court action taken at this time and that this report serve as an *Official Reprimand of the Court*. If there is continued non-compliance, the Court will be promptly notified.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By:    MATTHEW J. WEBER
Senior U.S. Probation Officer

/ mjw

APPROVED:

6/10/26

ANTHONY M. STEVENS                    Date
Supervising U.S. Probation Officer

Prob 12A – page 3
Don Dahveed Johnson

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Allow this document to serve as an *Official Reprimand of the Court* (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
Date